STATE EX REL. ROWE, Respondent, vs. FLORIN, Town Clerk, and another, Appellants.

*January 30—March 31, 1908.*

APPEAL from a judgment of the circuit court for Eau Claire county: E. W. HELMS, Judge. *Reversed.*

*Horace B. Walmsley,* for the appellants.

For the respondent there was a brief by *Wickham & Farr,* and oral argument by *James Wickham.*

KERWIN, J. This case is ruled by *State ex rel. Rowe v. Krumenauer, ante,* p. 185, 115 N. W. 798. Therefore the judgment below must be reversed.

*By the Court.*—The judgment is reversed, and the court below directed to dismiss the action.


STATE EX REL. ROWE, Respondent, vs. JOHNSON, City Clerk, and another, Appellants.

*January 30—March 31, 1908.*

APPEAL from a judgment of the circuit court for Eau Claire county: E. W. HELMS, Judge. *Reversed.*

*Horace B. Walmsley,* for the appellants.

For the respondent there was a brief by *Wickham & Farr,* and oral argument by *James Wickham.*

KERWIN, J. This case is ruled by *State ex rel. Rowe v. Krumenauer, ante,* p. 185, 115 N. W. 798. Therefore the judgment below must be reversed.

*By the Court.*—The judgment is reversed, and the court below directed to dismiss the action.